FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YOEL MANUEL PINEDA, )<br>)<br>Defendant. )<br>)<br>_____ ) | NO.: CR 01-00932-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

|   |   |   |
|---|---|---|
| 1 |   | based on the defendant's failure to submit any evidence to meet |
| 2 |   | his burden on this issue. |
| 3 |   | and |
| 4 | B. | (X)  The defendant has not met his burden of establishing by |
| 5 |   | clear and convincing evidence that he is not likely to pose a |
| 6 |   | danger to the safety of any other person or the community if |
| 7 |   | released under 18 U.S.C. § 3142(b) or (c).  This finding is |
| 8 |   | based on the defendant's failure to submit any evidence to meet |
| 9 |   | his burden on this issue. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: July 31, 2008

_____
MARGARET A. NAGLE
United States Magistrate Judge